**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

|  |  |
|---|---|
| STEPHANIE PRICE, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> NEW HAMPSHIRE DEPARTMENT OF HEALTH AND HUMAN SERVICES, COMMISSIONER, ET AL., <br><br> Defendants. | Case No. 21-cv-25-PB |

**JOINT MOTION TO EXTEND CLASS CERTIFICATION BRIEFING SCHEDULE**

Pursuant to Local Rule 7.1, the Parties, by and through their undersigned counsel, respectfully move this Court to 1) extend the time for Plaintiffs to file their Motion for Class Certification until August 28, 2022 and 2) allow Defendants an extended time, until September 27, 2022, to file their Objection to Class Certification.  In support of this motion, the Parties state as follows:

1.      The court-ordered Discovery Plan provides that:

As this action is a putative class action, the Court will need to set a deadline for submission of class certification briefs.  Plaintiffs propose that the Court set a deadline of June 28, 2022 for filing of class certification briefs, with objection and reply deadlines to follow as set forth in the Local Rules.

(ECF No. 32 at 7).

2.      The parties are in the midst of intensive discovery efforts.  Counsel are meeting and conferring regularly to try to resolve disputes by agreement.

3.      Although the parties are not seeking to extend discovery deadlines in this case, they jointly request additional time to prepare their class certification briefing.

4.       Pursuant to Local Rule 7.1(c), all Parties assent to the request for relief set forth in

this motion.

5.       Pursuant to Local Rule 7.1(a)(2), no memorandum of law accompanies this motion,

as the relief sought herein is within the sound discretion of this Court.

WHEREFORE, the Parties respectfully request that this Court:

A.       Extend the deadline for Plaintiffs to file their class certification motion and brief

until August 28, 2022;

B.       Extend the deadline for Defendants to file their objection to class certification

and supporting brief until September 27, 2022; and

C.       Grant such other and further relief as justice requires.


Respectfully submitted,

STEPHANIE PRICE, EMILY
FITZMORRIS, and KATHLEEN BATES,
on behalf of themselves and all others
similarly situated,

By Their Attorneys,

Dated:  May 25, 2022                  /s/ Kay E. Drought_____

Cheryl S. Steinberg (#10063)          Pamela E. Phelan (#10089)
NEW HAMPSHIRE LEGAL ASSISTANCE        Pamelap@drcnh.org
117 N. State Street                   Mobile: (603) 491-4157
Concord, NH 03301                     DISABILITY RIGHTS CENTER–
T: (603) 206-2210                     NEW HAMPSHIRE
csteinberg@nhla.org                   64 North Main Street, Suite 2
Kay E. Drought (#12851)               Concord, NH 03301
NEW HAMPSHIRE LEGAL ASSISTANCE        T: (603) 228-0432
154 High Street                       F: (603) 225-2077
Portsmouth, NH 03801
T: (603) 206-2253
kdrought@nhla.org

Kierstan E. Schultz (#20682)
kschultz@nixonpeabody.com
Mobile: 412-303-0648
W. Daniel Deane (#18700)
ddeane@nixonpeabody.com
Mark Tyler Knights (#670991)
mknights@nixonpeabody.com
NIXON PEABODY LLP
900 Elm Street, 14th Floor
Manchester, NH 03101
T: (603) 628-4000
F: (603) 628-4040

Kelly Bagby (pro hac vice)
Stefan Shaibani (pro hac vice)
Susan Ann Silverstein (pro hac vice)
kbagby@aarp.org
sshaibani@aarp.org
ssilverstein@aarp.org
AARP FOUNDATION
601 E Street NW
Washington, DC 20049
T: (202) 434-2060
F: (202) 434-6622

Respectfully submitted,
New Hampshire Department of Health and Human
Services and Commissioner Lori Shibinette in her
Official Capacity,
By their attorneys,
JOHN FORMELLA,
THE OFFICE OF THE ATTORNEY GENERAL

Dated: May 25, 2022

/s/ Laura D. Devine
Laura D. Devine, Bar #265766
Assistant Attorney General
Lawrence P. Gagnon, Bar #271769
Attorney
N.H. Department of Justice (Civil Bureau)
33 Capitol Street
Concord, NH 03301-6397
(603) 271-3650
laura.d.devine@doj.nh.gov
lawrence.p.gagnon @doj.nh.gov

*s*/ Philip J. Peisch
Philip J. Peisch, ***Pro Hac Vice***
Kendra Doty, ***Pro Hac Vice***
Brown & Peisch PLLC
1233 20th Street NW, Suite 505
Washington, DC 20036

3