UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| STEPHANIE PRICE, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> NEW HAMPSHIRE DEPARTMENT OF HEALTH AND HUMAN SERVICES, COMMISSIONER, ET AL., <br><br> Defendants. | Case No. 21-cv-25-PB |

**PLAINTIFFS' UNOPPOSED MOTION FOR DEFENDANTS TO PRODUCE DOCUMENT PERTAINING TO COMPLAINTS TO ANY NHDHHS OFFICE OF THE OMSBUDSMAN**

Pursuant to Fed. R. Civ. P. 26 and Local Rule 7.1, Plaintiffs, by and through their undersigned counsel, respectfully move this Court to order production of a summary document from the New Hampshire Department of Health and Human Services (NHDHHS) describing complaints made to any NHDHHS Office of the Omsbudsman, as set forth below. In support of this motion, Plaintiffs state as follows:

1. On February 15, 2022, the Plaintiffs served their Fourth Set of Requests for the Production of Documents to Defendants. Request No. 3 provides:

> Documents relating to complaints made, orally or in writing, with any office of the Ombudsman within NHDHHS by or on behalf of any CFI Waiver participant.

2. Plaintiffs seek these documents as further evidence that putative class members are at risk of institutionalization when they do not receive Medicaid services pursuant to the Choices for Independence (CFI) Waiver program, because those class members can be the subjects of complaints made to an office of the Omsbudman.

1

3.     Production of confidential information in this litigation is governed by the Court's August 24, 2021 Protective Order, ECF Doc. 34.

4.     Defendants made a timely objection to Request 3 and declined to produce any documents responsive to Request 3.  Defendants also contend that a New Hampshire statute specifically prohibits the disclosure of the records of the ombudsman's offices.  *See* NH RSA 126-A:4(III).

5.     Plaintiffs understand that the Defendants do not oppose a motion ordering Defendants to produce a document that shows the following information – and only the following information -- responsive to Plaintiffs' Request No. 3:

   a. The enrollee's name;
   b. The record number;
   c. The date of the complaint;
   d. A shorthand summary of the "nature of the complaint" (e.g., "Denial," "provision of services," "Eligibility – Time");
   e. The CFI Waiver provider; and
   f. A shorthand summary of the "Findings" (e.g., "Explanation provided", "Medical Denial Explained," "Failure to Provide Documentation", "Error – Resolved," "Services Restored").

6.     Plaintiffs reserve their right to request additional related information in the future.

7.     Defendants reserve their right to oppose the production of any additional information responsive to Request No. 3 that Plaintiffs may request.

8.     Pursuant to Local Rule 7.1(c), defense counsel has notified undersigned counsel that the Defendants do not oppose the relief set forth in this motion.

9.     Pursuant to Local Rule 7.1(a)(2), no memorandum of law accompanies this motion, as the relief sought herein is within the sound discretion of this Court.

WHEREFORE, Plaintiffs respectfully request that this Court:

A. Order the Defendants to produce the following information in response to Plaintiffs' Fourth Set of Requests for the Production of Documents Request No. 3, within five (5) days of the date of this order:  A document that shows the following information – and only the following information -- responsive to Plaintiffs' Request 3:

1. The enrollee's name;
2. The record number;
3. The date of the complaint;
4. A shorthand summary of the "nature of the complaint" (e.g., "Denial," "provision of services," "Eligibility – Time");
5. The CFI Waiver provider; and
6. A shorthand summary of the "Findings" (e.g., "Explanation provided", "Medical Denial Explained," "Failure to Provide Documentation", "Error – Resolved," "Services Restored").

and

7. Grant such other and further relief as justice requires.

    STEPHANIE PRICE, EMILY
    FITZMORRIS, and KATHLEEN BATES,
    on behalf of themselves and all others
    similarly situated,

    By Their Attorneys,

    */s/ Kay E. Drought*

Cheryl S. Steinberg (#10063)
NEW HAMPSHIRE LEGAL ASSISTANCE
117 N. State Street
Concord, NH 03301
T: (603) 206-2210
csteinberg@nhla.org
Kay E. Drought (#12851)
NEW HAMPSHIRE LEGAL ASSISTANCE
154 High Street
Portsmouth, NH 03801
T: (603) 206-2253
kdrought@nhla.org

Pamela E. Phelan (#10089)
Pamelap@drcnh.org
Mobile: (603) 491-4157
DISABILITY RIGHTS CENTER–
NEW HAMPSHIRE
64 North Main Street, Suite 2
Concord, NH 03301
T: (603) 228-0432
F: (603) 225-2077

| | |
|---|---|
| Kierstan E. Schultz (#20682) | Kelly Bagby (*pro hac vice*) |
| kschultz@nixonpeabody.com | Stefan Shaibani (*pro hac vice*) |
| Mobile: 412-303-0648 | Susan Ann Silverstein (*pro hac vice*) |
| W. Daniel Deane (#18700) | kbagby@aarp.org |
| ddeane@nixonpeabody.com | sshaibani@aarp.org |
| Mark Tyler Knights (#670991) | ssilverstein@aarp.org |
| mknights@nixonpeabody.com | AARP FOUNDATION |
| NIXON PEABODY LLP | 601 E Street NW |
| 900 Elm Street, 14th Floor | Washington, DC 20049 |
| Manchester, NH 03101 | T: (202) 434-2060 |
| T: (603) 628-4000 | F: (202) 434-6622 |
| F: (603) 628-4040 | |

## CERTIFICATE OF SERVICE

    I, Kay E. Drought, hereby certify that the foregoing motion will be filed through the ECF system and served electronically on the registered participants identified on the Notice of Electronic Filing (NEF).

Dated :  August 10, 2022          *Kay E. Drought*
                                                                Kay E. Drought