## **EXHIBIT B**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| Stephanie Price, et al., | ) |
|  | ) |
| Plaintiffs, | ) |
| v. | ) |
|  | ) Case No. 21-cv-00025 |
| Commissioner, currently Lori Shibinette | ) |
| in her official capacity as Commissioner of | ) |
| the New Hampshire Department of Health and | ) |
| Human Services, et al., | ) |
|  | ) |
| Defendants. | ) |

**DECLARATION OF STEPHANIE PRICE
IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Stephanie Price, declare as follows:

1. I make this declaration in support of the Plaintiffs' Motion for Class Certification. The facts set forth herein are true and based on my own personal knowledge, and if called upon to testify thereto, I could and would competently do so under oath.

2. My name is Stephanie Price.  I am 36 years old.  I currently live in Manchester and have lived in New Hampshire most of my life.

3. I currently live alone in a studio apartment in the community.

4. I have a disability that leads me to need assistance with many activities of daily living in order to keep myself healthy, safe, and productive.  Specifically, I have been diagnosed with, among other conditions: hypermobile Ehlers Danlos Syndrome (hEDS); postural orthostatic tachycardia syndrome (POTS); and mast cell activation syndrome.  These conditions are disabling.

1

5.  I have been enrolled in the Choices for Independence (CFI) Waiver program since September 2019.

6.  I require assistance with several activities of daily living, including toileting; emptying and cleaning the commode; dressing and laundry; bathing; medication management; getting clean water and groceries; meal preparation; maintaining a clean home environment and removing the trash; access to medical infusion supplies; transportation to doctors' offices; visiting family and friends; and going outside my home to be in nature.

7.  I cannot prepare all my own meals, and I cannot shop for myself.  When I have had a care provider, I give them a shopping list but cannot go shopping on my own.  I require assistance to do all household chores and laundry.

8.  If I fall, which happens occasionally, I often cannot get back to my chair or bed on my own and sometimes need to call EMS to help to get me up.  I sometimes get stuck in certain positions and need assistance to reach safety.

9.  I suffer from intense fatigue and weakness and have limited energy to do things, regardless of the desire to do so.

10. I enrolled in the CFI Waiver program so that I could get the services I need to remain in the community and be independent rather than being forced to live in a nursing facility to receive the assistance I need to live and to stay healthy and safe.

11. My only source of income is Social Security disability insurance, which is $1,223 a month.  Despite some help from my parents to cover a portion of my rent, I cannot afford to pay for homecare, homemaker, and other services on my own.

12. It is important for me to be able to live in the community because I want to see my

    friends and family, go outside and be in nature, work, attend therapy outpatient, and be

    around people my own age.  I also need to have access to a strict diet which I do not

    believe I can get in a nursing facility, and I cannot be around chemicals and most

    cleaning products that I understand are commonly used in nursing facilities.  I have a bird

    named Clover who gives me great joy and comfort and I doubt any nursing facility will

    allow me to keep her. Basically, I enjoy and want to keep my independence and be free to

    make my own choices about how I spend my day and live my life.  Due to the nature of

    my conditions and my desire to live a full and productive life, if I were forced into a

    nursing facility, it would feel like a death sentence.

13. The amount of services that I understand that I have been determined to need has

    increased since I was first found eligible for the CFI program in September 2019 because

    my conditions have gotten worse and I now rely on a wheelchair.  I understand that I

    have been determined to need about 50-70 hours a week of various services under the

    CFI Waiver program and otherwise through Medicaid.  I can never get a clear answer

    about whether and what amount of those services are supposed to be delivered under the

    CFI Waiver program or though Medicaid, and depending on who I ask and when I ask, I

    often get different information.  Although I get conflicting information about the detail of

    my service needs, I have been consistently told that I have been determined to need

    significantly more than the 20-25 hours a week of services that I am now getting.

14. When I do not receive the CFI Waiver and the other services as I am supposed to, or

    when a CFI Waiver service provider that I do have fails to come to provide me with

    home care services as scheduled, on most days I cannot get out of bed, transfer from my

chair to the toilet, get dressed, go to the bathroom, take a shower or wash up, eat or drink, accomplish the recommended daily physical therapy exercises, take my medication, maintain my medical supplies, clean my home or take out the trash.    When a care giver does not show up, I also must ration my fluid intake to minimize bathroom needs.  All of these circumstances have caused my health to deteriorate.

15. Since becoming eligible for CFI Waiver services in September 2019, I did not receive any CFI Waiver services for about a year.  Although my family did pay for a friend who was able to help me a few hours a week for several months and this helped me tremendously, it was only a temporary and still did not meet the needs I have for more extensive assistance  Even after I started to get some CFI Waiver services, it was not all the services I needed and there were times when a service provider failed to visit me or quit unexpectedly.  I have never received the full amount of help that I require and for which I understand that have been assessed to need.

16. When CFI Waiver service providers did not show up for work, I was left alone and often did not have family members or friends to assist except for the occasional visit by my brother or a neighbor to provide limited assistance.   Not knowing I will have consistent help with all of my service needs makes me feel trapped and that no matter what I do I cannot improve my health, maintain my independence, be productive, and enjoy my life.

17. I have been hospitalized several times since September 2019.  Not getting services has resulted in me developing several infections and related medical issues that have caused me to have to go to the hospital for care.

18. When a CFI Waiver service provider fails to tell me that they cannot come to provide me home care services as planned, it is impossible for me to arrange for other assistance.

4

19. If I do not receive the amount of care that I am supposed to receive under the CFI Waiver program, as has happened in the past, I will deteriorate medically, be hospitalized, or be forced to reside in a nursing facility to get the care I need.

20. If my CFI Waiver services were delivered in the amount and manner that I understand that I have been determined to require, I believe I could live safely in my home and manage my conditions.  I likely would have avoided many infections and falls and not been confined to a wheelchair if my CFI Waiver services were delivered as promised.

21. I have a very complex medical condition that is extremely time-consuming and difficult to manage.  I do not think that nursing facilities are equipped to manage my care, diet, medication administration, and intravenous medication.

22. I would like to live in the community and am entitled to receive CFI Waiver services in my home to avoid going to a nursing facility.

23. Due to my strong feelings that I and others like me should be able to remain in the community, I agreed to be a named plaintiff in this lawsuit.  I understand that the lawsuit was filed to make sure that people like me who are enrolled in the CFI Waiver program will get the help they need to remain in the community.  In the past, I have advocated for the rights of people with disabilities.

24. I want to help others like me to get the CFI Waiver services they are entitled so they too can avoid being forced to move into a nursing facility when the services are not delivered.

25. My attorneys explained to me my responsibilities as a class representative, and I am willing to undertake these responsibilities.

26. I expect to testify at a deposition in connection with this case.

5

27. I provided documents and information in response to Defendants' written discovery requests on a number of occasions this year.  I also answered interrogatory questions.

28. I understand that as class representative: (a) I have the responsibility to see that the lawyers prosecute the case on behalf of the entire class, not just myself; (b) I may have to testify at a deposition and/or trial and provide documents and information for use in the case; and (c) the Court must approve any settlement of this case as a class action.


Pursuant to 28 U.S.C. §1746, I declare under penalties of perjury that the foregoing is true and correct.


Executed on:  __8/17/2022____          By: ___/s/ Stephanie Price_____
                                                                  Stephanie Price