# **EXHIBIT M**

```
                  UNITED STATES DISTRICT COURT


             FOR THE DISTRICT OF NEW HAMPSHIRE



* * * * * * * * * * * * * * *
                             *
STEPHANIE PRICE, et al.,     *
         Plaintiffs,         *
                             *
                             *
     vs.                     *   No. 21-cv-25-PB
                             *
NEW HAMPSHIRE DEPARTMENT OF  *
HEALTH AND HUMAN SERVICES,   *
COMMISSIONER, et al.         *
                             *
* * * * * * * * * * * * * * *



               DEPOSITION OF KERRI L. KING


     Deposition taken by agreement of

     counsel via Zoom on Friday,

     October 1, 2021, commencing at

     9:33 a.m.




     Court Reporter: Sandra Day, LCR
                     LCR #27 (RSA 310-A:161-181)
```

```
 1                      APPEARANCES

 2
     For the Plaintiffs:  NEW HAMPSHIRE LEGAL ASSISTANCE
 3                        154 High Street
                          Portsmouth, NH  03801
 4                        By:  Kay E. Drought, Esq.
                          (603) 206-2253
 5                        Kdrought@nhla.org
                              -and-
 6                        NEW HAMPSHIRE LEGAL ASSISTANCE
                          117 N. State Street
 7                        Concord, NH  03301
                          By:  Cheryl S. Steinberg, Esq.
 8                        (603) 206-2210
                          csteinberg@nhla.org
 9
                          NIXON PEABODY, LLP
10                        900 Elm Street, 14th Floor
                          Manchester, NH  03101
11                        By:  Kierstan E. Schultz, Esq.
                          (603) 628-4000
12                        kschultz@nixonpeabody.com

13                        DISABILITY RIGHTS CENTER-NEW
                          HAMPSHIRE
14                        64 N. Main Street, Suite 2
                          Concord, NH  03301
15                        By:  Pamela E. Phelan, Esq.
                          (603) 228-0432
16                        pamelap@drch.org

17                        AARP FOUNDATION
                          601 E Street NW
18                        Washington, DC 20049
                          By:  Geron Gadd, Esq.
19                        Susan Ann Silverstein, Esq.
                          (202) 434-2060
20                        ggadd@aarp.org
                          ssilverstein@aarp.org
21

22

23
```

```
 1
    For the Defendants:   NEW HAMPSHIRE ATTORNEY GENERAL
 2                        33 Capitol Street
                          Concord, NH 03301
 3                        By:  Seth M. Zoracki, Esq.
                          Amanda N. Palmeira, Esq.
 4                        Laura Devine, Esq.
                          (603) 271-3658
 5                        seth.m.zoracki@doj.nh.gov
                          amanda.n.palmeira@doj.nh.gov
 6                        laura.d.devine@doj.nh.gov

 7

 8                    STIPULATIONS

 9            It is agreed that the deposition shall

10  be taken in the first instance in stenotype and when

11  transcribed may be used for all purposes for which

12  depositions are competent under Federal Rules of

13  Civil Procedure.

14            Notice, filing, caption and all other

15  formalities are waived.  All objections except as to

16  form are reserved and may be taken in court at time

17  of trial.

18            It is further agreed that if the

19  deposition is not signed within thirty (30) days

20  after submission to counsel, the signature of the

21  deponent is waived.

22

23
```

1  category of service.  So they're very high-level

2  reports where things are kind of rolled up for a

3  total of dollars spent during a certain period of

4  time.

5      Q.    Does DHHS ever receive reports that

6  compare paid CFI claims against authorized CFI

7  services?

8      A.    So there are no standard reports that

9  do that.  I have done that through ad hoc queries,

10 and I produce a report that does that.

11     Q.    When is the last time you received --

12 well, first of all, how do you decide to do an ad hoc

13 query for that information?

14            MR. ZORACKI:  Object to the form.

15            THE WITNESS:  I, in the past, have been

16 requested to do that by my boss, Wendy Aultman, or

17 Kristina Ickes for CFI services.  One of the earlier

18 reports I had done with that information -- it was

19 rolled out by service -- was actually for a budgeting

20 exercise, and that was in August of 2020; and since

21 that time, I have kind of run that report on a

22 quarterly basis.

23