# EXHIBIT A

| **Statement from Ms. Aultman's prior deposition testimony** | **Statement from Ms. Aultman's June 16, 2025 Declaration** |
|---|---|
| *Q. And what happens if they cannot find a service provider to provide the CFI participant with author- -- with authorized services?*<br><br>**A. Typically what will happen is they will consult with the department. We have monthly meetings … where concerns or issues may come up. We call them technical assistance meetings.**<br><br>**They also can contact the -- the department and staff within our Choices For Independence Waiver administration unit and discuss any concerns or issues they have with finding an available provider who's enrolled in the … Choices For Independence Waiver program, and we will provide guidance and support based on what they're presenting to us as an issue.**<br><br>[Doc. 202-8] at 29:7 – 30:6. | **Ms. Aultman's declaration <u>contradicts</u> her prior deposition testimony – Ms. Aultman's declaration states a different procedure.**<br><br>45. … If a participant's case manager is unable to identify a provider for a CFI Waiver service that the participant needs, DHHS instructs the case manager to indicate that in the participant's service authorization request form by checking the "provider not available" indicator.<br><br>76. In case a CFI Waiver participant or case management agency is unable to find a provider to deliver an authorized service, DHHS created and launched in October 2019 a "provider not available" indicator in the service authorization system, which case management agencies are instructed to use to allow DHHS to receive notification of and track potential service gaps. Additionally, the Department is currently implementing changes to its New Heights system to add a dashboard for case managers to quantify, describe, and improve the ability to monitor any discrepancy between a participant's assessed service needs and the services actually received. These changes will also allow the Department to monitor what service gaps exist in a participant's care plan and the reason those gaps exist.…<br><br>[Doc. 223-4] ¶¶ 45. 76. |
| *Q. So you would say that the case consultation review form is the specific policy that tells the case management agency … what to do if they cannot find a service provider?*<br><br>**A. Yes.**<br><br>*Q. And in terms of the staff -- you talked about when case management agencies contact staff … what guidance and support do you provide specifically?* | **Ms. Aultman's declaration <u>contradicts</u> her prior deposition testimony – Ms. Aultman's declaration states a different policy that case management follows & the guidance and support provided.**<br><br>45. … In performing these responsibilities, Section 805.05 requires case management agencies to work with the participant to ensure |

| | |
|---|---|
| *So a case management agency calls up and says, "Hey, listen. We cannot find a provider." What happens next?* <br><br> **A. We will ask probing questions to learn what has been done up to that point of them making contact with the department, and we will ask for additional documentation, such as information related to contingency planning and comprehensive care plan documents to learn a little bit more about what actions they've taken leading up to this point.** <br><br> **And then we will talk with the case management agency about other options that we may be aware of and provide guidance to them.** <br><br> [Doc. 202-8] at 31:11 – 32:12. | that the participant is authorized to receive the services they need, identify and connect the participant to service providers, and monitor the delivery of the services. … Specifically, Section 805.05(d) requires each participant's case manager to "monitor the services provided to a participant …." If a participant's case manager is unable to identify a provider for a CFI Waiver service that the participant needs, DHHS instructs the case manager to indicate that in the participant's service authorization request form by checking the "provider not available" indicator. <br><br> 65. … BAAS has partnered with DHHS's Bureau of Developmental Services to build on their strategies for participant directed and managed services by creating a committee tasked with providing guidance to CFI participants and their representatives about participant directed and managed services in an effort to improve and expand access to such services in the CFI Waiver program. Separately, the New Hampshire Department of Employment Security has established "WorkNowNH," which offers support and assistance to qualified individuals such as tuition assistance, mileage reimbursement, and childcare registration in order to become job ready and connect with hiring employers to obtain sustainable employment. DHHS has worked with the Department of Employment Security to use WorkNowNH to recruit and train service providers, including those who could furnish CFI Waiver program services. <br><br> [Doc. 223-4] ¶¶ 45, 65. |
| *Q. … I'm asking you if you guys have implemented the EVV system?* <br><br> **A. Yes. We are -- we have begun to enter into the phased-in approach to implement EVV for certain services, and we are currently getting visit -- visit information from individuals who are enrolled for Choices For Independence Waiver services and state plan service -- some states' plan services.** <br><br> *Q. … So then you are using the EVV system with the CFI Waiver program participants?* <br><br> **A. The department is using the EVV visit verification system either through the vendor that we have or with** | <span style="color:red">**Ms. Aultman's declaration <u>contradicts</u> and <u>adds new facts to</u> her prior deposition testimony – Ms. Aultman now claims an ability to know whether participants in CFI programs are receiving their services in real time or not.**</span> <br><br> 77. Effective June 1, 2024, DHHS fully launched provider "electronic visit verification" for all CFI Waiver personal care, home health aide, and skilled nursing services. Electronic visit verification allows DHHS and case managers to confirm that a personal care, home health aide, or skilled nursing service has been provided and it documents in an electronic record specific information about the service, including the date of the service, the time the service began |

| | |
|---|---|
| **data from vendors that our enrolled CFI providers are using, yes.**<br><br>Q. Okay. And I just want to make sure I understand you, because right now I don't exactly.<br><br>Are you using the EVV system to monitor in real time whether participants in the CFI program are getting their … authorized services?<br><br>…<br><br>**A. I don't -- I don't know.**<br><br>…<br><br>Q. On the bottom of Page 2 when it talks about -- in the second sentence on the last paragraph of Page 2 when it says: "The electronic visit verification system will support all members who receive services delivered in their home" and then on the next page when it's talking about "the contractor must provide a real-time performance monitoring dashboard," one question is: The monitoring dashboard, who is -- what is that monitoring?<br><br>…<br><br>**A. I do not know.**<br><br>[Doc. 202-8] at 76:3 – 79:7. | and ended, and the location of the service. DHHS uses electronic visit verification as one tool, among many, to assess, monitor, and improve the quality of services provided to Medicaid beneficiaries, including CFI Waiver Program participants. Specifically, DHHS uses electronic visit verification to accomplish three retrospective goals: to ensure that a service has been provided by providing a mechanism to document providers' time in and time out in furnishing a service; to ensure there is sufficient documentary evidence that a service has been provided for purposes of monitoring and assessing program integrity; and to ensure that claims for services are correctly submitted and paid. CFI participants choosing participant-directed and managed services use an electronic visit verification system purchased from GT Independence that allows the case management agencies to view real-time (or near real-time) information about whether a direct care worker has showed up for a scheduled visit for a CFI Waiver participant choosing the participant directed and managed services model. (DHHS is currently working to obtain access to this real time (or near real-time) information about workers showing up for visits for CFI Waiver participants choosing the PDMS model.) However, the EVV that DHHS has procured for all other CFI Waiver services is not capable of providing DHHS, case managers, or providers with real time or near real-time information about service delivery.<br><br>[Doc. 223-4] ¶ 77. |
| Q. What is DHHS monitoring?<br><br>**A. We -- We're monitoring for a few things. One is, as I had said before, we're looking at from -- looking at the data from a fiscal perspective in terms of the rate of claiming against certain services and looking at projections.**<br><br>**The other is to look at it as a data element in order to analyze and decide as a unit if they would need to follow up with any particular case management agency or look at service utilization from a service level versus an individual level.** | **Ms. Aultman's MSJ declaration adds new facts – Ms. Aultman adds new alleged duties and procedures for DHHS monitoring of case management agencies**<br><br>47. DHHS monitors case management agencies' and case managers' performance and compliance with administrative requirements and expectations. Informally, if DHHS becomes aware of a specific case manager that is not following a required process or is relaying incorrect information about the CFI Waiver program, DHHS staff will work with the case manager and case management agency to advocate for a change in action to achieve a more desirable outcome |

| | |
|---|---|
| **So it's looking -- we're looking at it from a programmatic standpoint in terms of trends -- trending at the service level but also potentially at the individual level if there's information from the report that would indicate that we need to perhaps follow up with a case management agency about a particular individual.**<br><br>*Q. Okay. And then in terms of -- once you look at all of that, what do you do with the results of the monitoring?*<br><br>…<br><br>**A. We -- we would collectively -- you know, we meet as a team or Kristina Ickes and her staff meet as a team. They meet every -- every week to look at anything that may need follow-up or action from a policy program higher level but also any actions related to our monitoring of our own operational dashboards.**<br><br>**We also have supervision with all of the individual staff within the unit. So if, for example, Joanna Braley, who I directly supervise, had questions or concerns or needed to bring information to me as a result of conversations with either a case management agency or other team members within the unit, we would provide support and guidance to Joanna or we would partner with her or collectively meet with her and a case management agency if that was needed.**<br><br>**And the -- any action items are usually summarized within our notes for each of the monthly meetings that we have with them, with the case management agencies.**<br><br>[Doc. 202-8] at 79:17 – 82:14. | for the affected CFI Waiver participant. Oftentimes, this will involve a DHHS staff member contacting the case manager's case management agency via letter or e-mail to communicate in writing DHHS's expectations and to provide accurate information about the program if appropriate. In certain circumstances, DHHS staff will also set up a meeting with the case management agency to communicate clearly what actions need to be corrected to achieve a more desirable outcome for the CFI Waiver participant. At times, these meetings may involve input from DHHS's and the case management agency's legal counsel. In addition, BAAS staff working under the CFI Administrator manually track when case management agencies discharge CFI Waiver participants.<br><br>[Doc. 223-4] ¶ 47. |
| *Q. [D]oes DHHS routinely pull information to see if -- if the CFI participants have missed, let's say, a week of their services?*<br><br>…<br><br>**A. I would say that we do ask that level of questioning when we are meeting with the case management agencies on a monthly basis to identify whether or not there are** | <span style="color:red">**Ms. Aultman's declaration <u>retracts & adds new facts</u> to her deposition testimony regarding service gaps**</span><br><br>71. DHHS regularly conducts audits and performs quality assurance activities to analyze service authorization and claims data. … DHHS leadership overseeing the CFI Waiver program, including myself, receive and review reports comparing service authorizations to |

| | |
|---|---|
| **individuals within their caseloads that have service gaps. We ask if there's any potential concerns or issues with CFI participants they're serving that need to be brought to our attention.**<br><br>**It -- and it's communicated in such a way that they need to plan for thinking about what they may need to bring to us before the scheduled meeting.**<br><br>**And it's also indicated to them that if -- something such as an individual who has not been able to get their service, a particular service, within a week's time is not something that they're -- they've been able to resolve, that they shouldn't be waiting until -- until the monthly meeting, that they can bring that to us for any guidance or support that --**<br><br>*Q. Okay. And so outside of that monthly meeting in terms of DHHS independently, on their own, pulling from their data to identify CFI participants who have missed a week of their services, is that something that DHHS does?*<br><br>**A. We look at the -- the data that we're pulling and the reporting that we talked about previously is something that we look at on a monthly basis. We do have plans with the information technology enhancements to automate this so that it's something that we can see on a regular basis in a more real-time way.**<br><br>*Q. … You can see in a real-time way.*<br><br>*But in terms of right now doing a specific report solely focused on the CFI participants who have missed a week of their services, that's not something that currently you are doing?*<br><br>**A. We -- we do not have a report specific for that purpose.**<br><br>[Doc. 202-8] at 121:15-124:3. | claims paid to determine whether there are critical trends in service gaps that need to be addressed through programmatic adjustments.<br><br>76. In case a CFI Waiver participant or case management agency is unable to find a provider to deliver an authorized service, DHHS created and launched in October 2019 a "provider not available" indicator in the service authorization system, which case management agencies are instructed to use to allow DHHS to receive notification of and track potential service gaps.…<br><br>77. Effective June 1, 2024, DHHS fully launched provider "electronic visit verification" for all CFI Waiver personal care, home health aide, and skilled nursing services. Electronic visit verification allows DHHS and case managers to confirm that a personal care, home health aide, or skilled nursing service has been provided and it documents in an electronic record specific information about the service, including the date of the service, the time the service began and ended, and the location of the service. DHHS uses electronic visit verification as one tool, among many, to assess, monitor, and improve the quality of services provided to Medicaid beneficiaries, including CFI Waiver Program participants. Specifically, DHHS uses electronic visit verification to accomplish three retrospective goals: to ensure that a service has been provided by providing a mechanism to document providers' time in and time out in furnishing a service; to ensure there is sufficient documentary evidence that a service has been provided for purposes of monitoring and assessing program integrity; and to ensure that claims for services are correctly submitted and paid. …<br><br>80. To address potential or existing service gaps and other issues, DHHS offers technical assistance to help participants and case management agencies find coverage. This technical assistance may include, among other things, DHHS staff working with case managers to understand issues confronting CFI Waiver participants that may put them at risk of admission into a hospital or nursing facility and to propose potential solutions, such as DHHS staff outreach to provider agencies to find a worker to service the participant, either in the short-term or the long term. DHHS regularly provides this technical assistance to case management agencies, providers, and participants, including through monthly office hours for each case management agency. I am frequently personally involved in these efforts.<br><br>[Doc. 223-4] ¶¶ 71, 76-77, 80. |

| | |
|---|---|
| Q. And in terms of -- when seeking legislative funding to increase Medicaid reimbursement rates, does -- does DHHS examine and consider private market rates for the same services?<br><br>**A. We would consider information related to what CFI providers or the industries have as usual and customary charge for the services.**<br><br>…<br><br>Q. … When seeking legislative funding to increase Medicaid reimbursement rates, does [DHHS] examine and consider gaps in authorized services versus the delivered services in the CFI program?<br><br>**A. When preparing for the agency request budget or the prioritized needs requests, that is based on claimed services.**<br><br>…<br><br>Q. … So, therefore, the answer is that, in fact, when seeking legislative funding to increase Medicaid reimbursement rates, DHHS does not consider the gaps in authorized services versus delivered services in the CFI program?<br><br>**A. That is not factored into the development of how we request the funding.**<br><br>Q. Thank you.<br><br>Does DHHS examine Medicare provider rates when analyzing the adequacy of reimbursement rates for CFI Waiver services?<br><br>**A. They would look at the -- the market basket inflation.**<br><br>…<br><br>Q. Are DHHS CFI reimbursement rates tied to any index, such as the Consumer Price Index? | **Ms. Aultman's declaration <u>contradicts</u> her deposition testimony regarding the methods used by DHHS to examine increased rates.**<br><br>58. DHHS regularly reviews the economy and efficiency of the fee schedule rates for CFI Waiver services no less than every five years.<br><br>59. For certain CFI Waiver program services, DHHS "manually prices" the reimbursement rate, which means DHHS will consider information or quotes demonstrating the market rate for the service and will set the reimbursement rate at a competitive rate based on that market information….<br><br>60. Since at least 2004, DHHS has been using a "special rate" for some CFI Waiver services when a CFI Waiver participant is struggling to find a provider willing to accept the fee schedule rate and has identified a potential provider who will work for a set minimum rate above the standard reimbursement rate for the service….<br><br>[Doc. 223-4] ¶¶ 58-60. |

| | |
|---|---|
| **A. I'm just looking in the rate study to see if we, as a department, actually identified that ... specific thing in the report.**<br><br>**I don't see that we specifically named that index in the report.**<br><br>*Q. Okay. When DHHS submits budgets for the CFI program, does it consider the aggregate cost of providing all the services that it has authorized?*<br><br>**A. No. When they're pre- -- when we prepare the budget, we're preparing it based on services that have actually been provided, not ... what may have been provided.**<br><br>[Doc. 202-8] at 248:22 – 255:5. | |