# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

EMILY FITZMORRIS, et al.,

Plaintiffs,

v.

NEW HAMPSHIRE DEPARTMENT OF
HEALTH AND HUMAN SERVICES AND
COMMISSIONER LORI WEAVER,

Defendants.

Case No. 21-cv-00025-PB

## ASSENTED-TO MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF

Potential *Amici* Justice in Aging, the Center for Medicare Advocacy, the Center for Public Representation, Disability Law United, Disability Rights Education and Defense Fund, National Consumer Voice for Quality Long-Term Care, and the National Health Law Program move the Court pursuant to L.R. 7.1(e)(2) for leave to file a reply to Defendants' Opposition to Motion for Leave to File *Amicus* Brief and Incorporated Memorandum of Law, August 12, 2025, ECF No. 239.

1.    A reply is necessary:

     a.  to clarify that the tendered *amicus* brief addresses issues raised for the first time in Defendants' Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiffs' Motion for Summary Judgment, June 16, 2025, ECF No. 223-1; and

    b.   to provide essential context for Defendants' quotation from *Strasser v. Doorley*; the full quotation makes clear that neither Plaintiffs nor *Amici* need demonstrate that Plaintiffs "may need supplementing assistance," 432 F.2d 567, 569 (1st Cir. 1970).

2.      On August 13, 2025, Defendants' counsel indicated that Defendants do not object to the present motion. L.R. 7.1(c).

3.      No memorandum of law in support of this motion is necessary as all of the points of law and fact raised are contained and explained herein. L.R. 7.1(a)(2).

4.      A copy of the proposed reply is attached. L.R. 7.1(e)(2).

For the reasons set forth above, *Amici* respectfully request that this Court grant leave to file the attached reply brief.

Respectfully submitted,

FOX & ROBERTSON, PC

*/s/ Amy F. Robertson*
Amy F. Robertson, CO Bar No. 25890
1550 Wewatta St., Suite 200
Denver, CO 80202
303.951.4164
arob@foxrob.com
*Pro hac vice pending*

JUSTICE IN AGING

*/s/ Liam McGivern*
Liam McGivern, FL Bar No. 98684
9555 SW 175th Terrace, # 665
Palmetto Bay, FL 33157
202.792.3680
lmcgivern@justiceinaging.org
*Pro hac vice pending*

RED SNEAKER LAW, PLLC

*/s/ Kirk Simoneau*
Kirk Simoneau, NH Bar No. 19291
P.O. Box 1216
Amherst, NH 03031
603.336.2028
kirk@redsneakerlaw.com

Counsel for *Amici*

Dated: August 13, 2025

**<u>Certificate of Service</u>**

I hereby certify that on August 13, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.


<u>/s/ Kirk Simoneau</u>
Kirk Simoneau