# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

Emily Fitzmorris, et al
_____

**v.**
NH DHHS, Commissioner et al
_____

**Case #**  21-cv-25-PB

# EXHIBITS

**OFFERED BY:**   Plaintiffs

| NUMBER/LETTER | DESCRIPTION |
|---|---|
| 1 | Plaintiffs' October 29, 2025 Report on Plaintiffs' Facts Which The Defendants Disputed, But For Which No Genuine Issue Exists |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**USDCNH-25 (2-96)**