UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Emily Fitzmorris, et al.

    v.

                              Case No. 21-cv-25-PB

Lori Weaver, Commissioner,
New Hampshire Department of
Health and Human Services, et al.

ORDER

The parties have notified the court that they have conferred regarding trial dates in this matter and determined that a period of approximately 10 days will be required for trial. Per the information provided in that notice, the court sets the following schedule for trial:

- November 9-10, 12-13;

- November 16-20;

- November 30 and December 1, 2026.

SO ORDERED.

_Paul Barbadoro_____
Paul J. Barbadoro
United States District Judge

Date: June 10, 2026

cc: Counsel of Record