**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

Emily Fitzmorris, et al.

v. Case No. 21-cv-25-PB

Commissioner, New Hampshire Department of Health and Human Services, et al.

**Mediation Report**

Following mediation sessions held on August 11 and September 1, 3, and 4, 2026, the parties have reached a tentative settlement agreement conditioned on final approval by the named plaintiffs, New Hampshire Attorney General, and the New Hampshire Department of Health and Human Services Commissioner. The terms of the tentative settlement were memorialized in the document attached to Attorney Catherine Denny's email sent at 2:51 p.m. on September 4, 2026. On or before September 14, 2026, the parties will file a notice with the court stating whether they have obtained final approval of the agreement. If final approval is obtained, the parties will file a motion and proposed order pursuant to Local Rule 23.1(b) on or before October 1, 2026. See Fed. R. Civ. P. 23(e).

SO ORDERED.

Andrea K. Johnstone
United States Magistrate Judge

September 4, 2026

cc: Counsel of Record