**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

EMILY FITZMORRIS, ET AL.,

Plaintiffs,

vs.

NEW HAMPSHIRE DEPARTMENT OF HEALTH AND HUMAN SERVICES, COMMISSIONER, LORI WEAVER, ET AL.,

Defendants.

Case No. 21-cv-25-PB

**JOINT NOTICE REGARDING SETTLEMENT**

NOW COME the Parties and jointly and pursuant to the Mediation Report dated September 4, 2026, hereby inform the Court that they have obtained approval of the tentative settlement term sheet dated and signed by counsel for the parties on September 4, 2026.

Respectfully submitted,

Dated: September 14, 2026

EMILY FITZMORRIS, and KATHLEEN BATES on behalf of themselves and all others similarly situated,

By Their Attorneys,

/s/ Jennifer Eber

Kay E. Drought (#12851)
Jessica Morrissey-Jeffery (#271978)
NEW HAMPSHIRE LEGAL ASSISTANCE
154 High Street
Portsmouth, NH 03801
T: (603) 206-2253
kdrought@nhla.org
jmorrissey@nhla.org

Jennifer Eber (#8775)
Hannah Roberts (#272288)
jennifere@drcnh.org
hannahr@drcnh.org
DISABILITY RIGHTS CENTER– NEW HAMPSHIRE
64 North Main Street, Suite 2
Concord, NH 03301
T: (603) 228-0432
F: (603) 225-2077

Kierstan E. Schultz (#20682)
kschultz@nixonpeabody.com
W. Daniel Deane (#18700)
ddeane@nixonpeabody.com
Mark Tyler Knights (#670991)
mknights@nixonpeabody.com
NIXON PEABODY LLP
900 Elm Street, 14th Floor
Manchester, NH 03101
T: (603) 628-4000
F: (603) 628-4040

Kelly Bagby *pro hac vice*
Maame Gyamfi *pro hac vice*
Stefan Shaibani *pro hac vice*
Samantha Wehrle, *pro hac vice*
kbagby@aarp.org
mgyamfi@aarp.org
sshaibani@aarp.org
sgerleman@aarp.org
AARP FOUNDATION
601 E Street NW Washington, DC 20049
T: (202) 434-2103
F: (202) 434-6622

Dated: September 14, 2026

Respectfully submitted,

New Hampshire Department of Health and Human Services and Commissioner Lori Weaver in her Official Capacity,

By their attorneys,

JOHN FORMELLA,

THE OFFICE OF THE ATTORNEY GENERAL

/s/ Laurie Young

Laurie Young (#266185)
Catherine Denny (# 275344)
New Hampshire Department of Justice (Civil Bureau)
1 Granite Place

Concord, NH 03301
603-271-3650
catherine.a.denny@doj.nh.gov
laurie.s.young@doj.nh.gov

/s/ Philip J. Peisch
Philip J. Peisch, pro hac vice
Kendra Doty, pro hac vice
Rebecca Wolfe, pro hac vice
Brown & Peisch PLLC
1225 19th Street NW, Suite 700
Washington, DC 20036
202-499-4258
ppeisch@brownandpeisch.com
kdoty@brownandpeisch.com
rwolfe@brownandpeisch.com