**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

**Emily Fitzmorris, et al.**

v. Case No. 21-cv-025-PB

**New Hampshire Department of Health and Human Services, Commissioner, et al.**

**ORDER**

The parties have filed a joint motion (Doc. 283) in this certified class action asking the court to preliminarily approve: (1) the Proposed Class Action Settlement filed on October 5, 2026 (Doc. 283-1); the Proposed Notice of Settlement (Doc. 283-2); and the notice plan described in the plaintiffs' memorandum supporting the joint motion (Doc. 284).

After reviewing the materials submitted by the parties with their joint motion, I determine that: (1) I have jurisdiction over the subject matter of this action; (2) the class as certified (Doc. 165) also constitutes a settlement class pursuant to Federal Rule of Civil Procedure 23(e); and (3) the proposed Notice of Settlement and notice plan will provide reasonable notice to the class. I also preliminarily determine that the Proposed Settlement Agreement is fair, reasonable and adequate.

Accordingly, it is hereby ordered as follows:

1. The Proposed Settlement Agreement is preliminarily approved.

2. Notice to the class shall be provided on or before November 6, 2026.

3. The parties shall file their Joint Report on Class Notice on or before December 22, 2026.

4. The parties shall file their Joint Motion for Final Approval of Class Settlement on or before December 22, 2026.

5. The plaintiffs shall file their Motion for Attorneys' Fees and Costs on or before December 22, 2026.

6. The court will hold a Final Approval Hearing on January 21, 2027, at 2 p.m. At that time, the court will hear from any class members on the Proposed Settlement regardless of whether the class member has filed an objection. If the court is unable to hold the Final Approval Hearing on the scheduled date, it shall post a new hearing date on the court's website.

SO ORDERED.

/s/ Paul J. Barbadoro
Paul J. Barbadoro
United States District Judge

October 7, 2026

cc: Counsel of Record